DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAKEEM T. PATTERSON**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-1965

[November 29, 2018]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502012CF009583AXXXWB.

J. Samantha Vacciana of Trial Lawyers of Florida, Pompano Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***